IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL EDWARD THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-305-PRW |
| L. CHIBBITY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Before the Court is Magistrate Judge Suzanne Mitchell's Report and Recommendation (Dkt. 9), recommending the Court dismiss Plaintiff's Complaint (Dkt. 1), which alleges § 1983 claims against a variety of defendants, without prejudice because Plaintiff failed to timely pay the required $40.00 initial partial filing fee or to correct defects in his Complaint (Dkt. 1).

Plaintiff was advised that he had a right to object to the Report and Recommendation (Dkt. 9) by June 6, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 9). No objections have been filed as of this date. Having failed to object, Plaintiff has

1

accordingly waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 9).[1]

Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 9) in full and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint (Dkt. 1). A separate judgment will follow.

**IT IS SO ORDERED** this 30th day of October 2025.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).